JAMES STOTT, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 14, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*W. F. O'Neil* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

LOUIS P. DE BAUTTE et al., Respondents, *v.* HERMAN A. CURIEL et al., Appellants.

(Argued March 14, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*E. J. Myers* for appellants.

*Milton S. Guiterman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.